UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA SANDS,<br><br>                Plaintiff,<br><br>v.<br><br>GREENWOOD STAR, LLC<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-04545-LMM |

## J U D G M E N T

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and Court having adopted said recommendation as the opinion the Court and granted Defendant's Motion to Dismiss, it is

**ORDERED AND ADJUDGED** that the action be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia this 26th day of October, 2021.

                                                      KEVIN P. WEIMER
                                                      CLERK OF COURT

                                          By: *s/ Charlotte Diggs*
                                                           Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   October 26, 2021
Kevin P. Weimer
Clerk of Court

By: *s/ Charlotte Diggs*
      Deputy Clerk